Certificate Number: 03621-NJ-DE-036070965

Bankruptcy Case Number: 21-17879



03621-NJ-DE-036070965

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 18, 2021</u>, at <u>1:33</u> o'clock <u>AM EDT</u>, <u>Maryellen McNama-Bailly</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   October 18, 2021            By:   /s/Lashonda Collins

                                    Name: Lashonda Collins

                                    Title: Credit Counselor