Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−17879−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maryellen McNama−Bailly
   125 Belshaw Avenue
   Eatontown, NJ 07724

Social Security No.:
   xxx−xx−2025

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         12/8/21
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 28, 2021
JAN: mjb

                                                    Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 21-17879-MBK
Maryellen McNama-Bailly                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                 Page 1 of 3
Date Rcvd: Oct 28, 2021                     Form ID: 132                                Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID   |     | Recipient Name and Address |
|------------|-----|----------------------------|
| db         | +   | Maryellen McNama-Bailly, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| 519326356  | +   | Anderson D. Harkow, Esq., 96 Linwood Avenue #362, Fort Lee, NJ 07024-3701 |
| 519326357  | +   | Benjamin Bailly, 415 Plum Street, Edwardsville, IL 62025-2055 |
| 519344721  | +   | Elizabeth McNama, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| 519326364  | +   | Javen Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |
| 519326365  | +   | Lancer Investments, LLC, 1556 Juno Isles Blvd, North Palm Beach, FL 33408-2415 |
| 519326366  | +   | Laura Barnes-Cruz, 4974 Gami Way, Colorado Springs, CO 80911-3885 |
| 519326367  | #+  | Luke Bailly, 2129 Wagon Gap Trail, Monument, CO 80132-7178 |
| 519326370  | +   | Purr n Pooch, Inc., 80 Gilbert Street West, Red Bank, NJ 07701-4918 |
| 519326374  | +   | Rachel Oliervio, 119 10th Street SW, Rugby, ND 58368-2409 |
| 519326376  |     | Resurgent Capital Services, Care Of Resurgent Capital Serv, Greenville, SC 29602 |
| 519344720  | +   | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519326377  | +   | Ruth Cirrincione, 2958 Rockbridge Road, Marietta, GA 30066-3563 |
| 519326378  | +   | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519326382  |     | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 519332402  | +   | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519326383  | +   | The Alfred Vail Mutual Association, 17 Barker Avenue, Eatontown, NJ 07724-2901 |
| 519326384  |     | The Alfred Vail Mutual Association, Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519326385  | +   | Tiffani Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID   |     | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|------------|-----|----------------------------|-----------|----------------------------|
| smg        |     | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2021 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg        | +   | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2021 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519326358  | +   | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 28 2021 20:47:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519326359  |     | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 28 2021 20:46:50 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 519330489  | +   | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2021 20:47:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519326361  | +   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 20:46:40 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519326360  | +   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 20:46:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519326362  | +   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 21-17879-MBK    Doc 20    Filed 10/30/21    Entered 10/31/21 01:01:13    Desc Imaged
                         Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2021 | Form ID: 132 | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| | | Oct 28 2021 20:39:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519326363 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2021 20:39:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519326369 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2021 20:39:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519326368 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2021 20:39:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519326371 | + Email/Text: laura@redbanklaw.com | Oct 28 2021 20:39:00 | Purr n Pooch, Inc., c/o McKenna Dupont Higgins Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519326372 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 28 2021 20:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519326373 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 28 2021 20:39:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519326375 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2021 20:46:39 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519338141 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2021 20:46:40 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519326968 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2021 20:46:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519326379 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2021 20:46:37 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519326380 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2021 20:46:49 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519326381 | Email/Text: bankruptcy@td.com | Oct 28 2021 20:39:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Oct 28, 2021     Form ID: 132     Total Noticed: 39

**below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph H. Lemkin | on behalf of Creditor Alfred Vail Mutual Association jlemkin@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 5