| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**CUTOLO BARROS LLC**<br>46-50 Throckmorton Street<br>Freehold, New Jersey 07728<br>(732) 414-1170<br>Jennifer Kurtz, Esq. (036582008)<br>Attorneys for Alfred Vail Mutual Association | |
| In Re:<br><br>MARYELLEN McNAMA-BAILLY | Case No.:   21-17879-MBK<br><br>Chapter:    13<br><br>Judge:      Michael B. Kaplan |

## SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that the undersigned attorney hereby consents to the substitution of Cutolo Barros LLC as counsel for Plaintiff, Alfred Vail Mutual Association in the above matter.

Cutolo Barros LLC                                                Stark & Stark
Superseding Attorneys                                            Withdrawing Attorneys

By: */s/ Jennifer Kurtz, Esq.*                                   By: */s/ Joseph H. Lemkin, Esq.*
    Jennifer Kurtz, Esq.                                             Joseph H. Lemkin, Esq.

Dated:                                                           Dated: