UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Maryellen McNama-Bailly

Case No.: 21-17879
Chapter: 13
Judge: MBK

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Maryellen McNama-Bailly, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608
Phone (609) 858-9333

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on March 9, 2022 at 9am a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, N.J. 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury

Pertinent terms of settlement:
Settlement totaling: $90,000.00
Attorney Fees To Jonathan Rudnick, Esq.: $29,805.03
Total Costs: $2,197.53
Medicare Lien: $537.54
Total Payout to Debtor: $59,657.43

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq.

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-17879-MBK

Maryellen McNama-Bailly                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                         Page 1 of 3
Date Rcvd: Feb 03, 2022                     Form ID: pdf905                                     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryellen McNama-Bailly, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| cr | + | Alfred Vail Mutual Association, Cutolo Barros LLC, 46-50 Throckmortan Street, Freehold, NJ 07728-1973 |
| 519499351 | + | Alfred Vail Mutual Association, c/o Cutolo Barros LLC, 45-50 Throckmortan Street, Freehold, NJ 07728-1946 |
| 519326356 | + | Anderson D. Harkow, Esq., 96 Linwood Avenue #362, Fort Lee, NJ 07024-3701 |
| 519326357 | + | Benjamin Bailly, 415 Plum Street, Edwardsville, IL 62025-2055 |
| 519344721 | + | Elizabeth McNama, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| 519326364 | + | Javen Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |
| 519326365 | + | Lancer Investments, LLC, 1556 Juno Isles Blvd, North Palm Beach, FL 33408-2415 |
| 519326366 | + | Laura Barnes-Cruz, 4974 Gami Way, Colorado Springs, CO 80911-3885 |
| 519326367 | #+ | Luke Bailly, 2129 Wagon Gap Trail, Monument, CO 80132-7178 |
| 519326370 | + | Purr n Pooch, Inc., 80 Gilbert Street West, Red Bank, NJ 07701-4918 |
| 519326374 | + | Rachel Oliervio, 119 10th Street SW, Rugby, ND 58368-2409 |
| 519326376 | | Resurgent Capital Services, Care Of Resurgent Capital Serv, Greenville, SC 29602 |
| 519326377 | + | Ruth Cirrincione, 2958 Rockbridge Road, Marietta, GA 30066-3563 |
| 519326378 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519326382 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 519332402 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519326383 | + | The Alfred Vail Mutual Association, 17 Barker Avenue, Eatontown, NJ 07724-2901 |
| 519326384 | | The Alfred Vail Mutual Association, Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519326385 | + | Tiffani Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2022 22:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2022 22:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519326358 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 03 2022 22:05:39 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519326359 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 03 2022 22:05:39 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 519330489 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 03 2022 22:05:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519353203 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 03 2022 22:05:27 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519326361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 22:05:35 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519326360 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 22:05:40 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519326362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2022 22:03:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519326363 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 03 2022 22:03:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519459148 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 22:05:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519348828 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2022 22:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519326369 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2022 22:03:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519326368 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2022 22:03:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519457551 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 22:05:28 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519326371 | + | Email/Text: laura@redbanklaw.com | Feb 03 2022 22:03:00 | Purr n Pooch, Inc., c/o McKenna Dupont Higgins Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519351304 | | Email/Text: bnc-quantum@quantum3group.com | Feb 03 2022 22:03:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519326372 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 03 2022 22:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519326373 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 03 2022 22:04:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519326375 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 22:05:35 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519338141 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 22:05:29 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519344720 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 03 2022 22:04:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519348647 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 03 2022 22:04:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519326968 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519326379 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:33 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519326380 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:39 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519326381 | | Email/Text: bankruptcy@td.com | Feb 03 2022 22:03:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason    Name and Address**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: pdf905 | Total Noticed: 47 |

cr                    Alfred Vail Mutual Association

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph H. Lemkin
on behalf of Creditor Alfred Vail Mutual Association jlemkin@stark-stark.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 5