| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-17879 / MBK**

Maryellen McNama-Bailly

Petition Filed Date: 10/08/2021
341 Hearing Date: 11/04/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | $1,824.00 | 93328 | 01/21/2022 | $912.00 | 93616 | | | |

**Total Receipts for the Period: $2,736.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,736.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maryellen McNama-Bailly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $2,663.00 | $0.00 | $2,663.00 |
|   | No Disbursements: No Check | | | | |
| 1 | INTERNAL REVENUE SERVICE | Priority Crediors | $6,508.68 | $0.00 | $0.00 |
|   | »» 2020 EST TAXES | Hold Funds: Estimated | | | |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $96.23 | $0.00 | $0.00 |
| 3 | TD BANK,NA | Unsecured Creditors | $2,430.14 | $0.00 | $0.00 |
| 4 | Resurgent Receivables, LLC | Unsecured Creditors | $684.17 | $0.00 | $0.00 |
|   | »» SHERMAN ORIGINATOR III LLC | | | | |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC | Mortgage Arrears | $17,622.37 | $0.00 | $0.00 |
|   | »» NP/104 E BOAT DR/1ST MTG/ORDER 2/1/2022 | | | | |
| 6 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $1,158.55 | $0.00 | $0.00 |
|   | »» SYNCHRONY BANK/MAVIS TIRE | | | | |
| 7 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $339.90 | $0.00 | $0.00 |
|   | »» CITIBANK,NA/HOME DEPOT | | | | |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $1,597.08 | $0.00 | $0.00 |
|   | »» BOSCOVS | | | | |
| 9 | CAPITAL ONE AUTO FINANCE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »» 2016 HONDA CIVIC | | | | |
| 10 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $311.50 | $0.00 | $0.00 |
|   | »» CAPITAL ONE BANK | | | | |
| 11 | ALFRED VAIL MUTUAL ASSOCIATION | Secured Creditors | $48,855.44 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC | Unsecured Creditors | $725.75 | $0.00 | $0.00 |
|   | »» SHERMAN ACQUISITIONS II LP | | | | |
| 13 | LVNV FUNDING LLC | Unsecured Creditors | $150.69 | $0.00 | $0.00 |
|   | »» SHERMAN ORIGINATOR LLC | | | | |
| 14 | LVNV FUNDING LLC | Unsecured Creditors | $2,743.65 | $0.00 | $0.00 |
|   | »» JUDGMENT #DC-009913-01 | | | | |

**Chapter 13 Case No. 21-17879 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,736.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $912.00 |
| Paid to Trustee: | $229.83 | Arrearages: | $912.00 |
| Funds on Hand: | $2,506.17 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

