UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
William H. Oliver, Jr.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor
courtdocs@oliverandlegg.com

Order Filed on March 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maryellen McNama-Bailly,

        Debtor

Case No: 21-17879

Chapter: 13

Judge:  MBK

Hearing Date: 3/9/22

# ORDER RESOLVING THE TRUSTEE'S OBJECTION TO DEBTOR'S NOTICE OF PROPOSED COMPROMISE

The relief set forth on page two (2) is **ORDERED**.

**DATED: March 31, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the Debtor's Notice of Proposed Compromise or Settlement of Controversy, and any objection thereto, it is hereby,

**ORDERED** that the settlement captioned *McNama v Waters* may be completed as proposed; and it is further

**ORDERED** that from the total payout to Debtor of $59,657.43, the Debtor is entitled to $25,150.00 as exempt, and the balance shall be disbursed directly to Albert Russo, Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 21-17879-MBK
Maryellen McNama-Bailly                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                    Page 1 of 2
Date Rcvd: Mar 31, 2022                     Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryellen McNama-Bailly, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022                          Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer M. Kurtz | on behalf of Creditor Alfred Vail Mutual Association jkurtz@cutolobarros.com  eCourts@cutolobarros.com |
| Robert Cameron Legg | on behalf of Debtor Maryellen McNama-Bailly clegg@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 31, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 6