| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**STARK & STARK**<br>**A Professional Corporation**<br>By: Joseph H. Lemkin, Esquire<br>993 Lenox Drive, Bldg. 2<br>P.O. Box 5315<br>Princeton, New Jersey 08543-5315<br>Telephone: (609) 896-9060<br>Attorneys for The Alfred Vail Mutual Association, Inc. | Order Filed on September 1, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Maryellen McNama-Bailly,<br><br>                Debtor. | Case No.: <u>21-17879-</u><br><br>Chapter: <u>13</u><br><br>Hearing Date: February 9, 2022<br><br>Judge: <u>Michael B. Kaplan</u> |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page numbered two (2) is **ORDERED**.

**DATED: September 1, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

4871-3887-1816, v. 2

Page 2
Case No.: 21-17879-MBK
ORDER FOR RELIEF FROM THE AUTOMATIC STAY

___

Upon the motion of Alfred Vail Mutual Association, Inc. for relief from the automatic stay and waiver of stay imposed by Fed. R. Bankr. Pro. 4001(a)(3) and for cause shown, it is:

ORDERED that the automatic stay is vacated under 11 U.S.C. §362(d)(1);

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that F.R.B.P. 4001(a)(3) is waived.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

4871-3887-1816, v. 2

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-17879-MBK

Maryellen McNama-Bailly     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maryellen McNama-Bailly, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer M. Kurtz | on behalf of Creditor Alfred Vail Mutual Association jkurtz@cutolobarros.com eCourts@cutolobarros.com |
| Robert Cameron Legg | on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 01, 2022 Form ID: pdf903 Total Noticed: 1

on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 6