Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  21−17879−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maryellen McNama−Bailly
   125 Belshaw Avenue
   Eatontown, NJ 07724

Social Security No.:
   xxx−xx−2025

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 30, 2022.

Dated: September 30, 2022
JAN: wiq

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-17879-MBK

Maryellen McNama-Bailly  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Sep 30, 2022  Form ID: plncf13  Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryellen McNama-Bailly, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| cr | + | Alfred Vail Mutual Association, Cutolo Barros LLC, 46-50 Throckmortan Street, Freehold, NJ 07728-1973 |
| 519499351 | + | Alfred Vail Mutual Association, c/o Cutolo Barros LLC, 45-50 Throckmortan Street, Freehold, NJ 07728-1946 |
| 519326356 | + | Anderson D. Harkow, Esq., 96 Linwood Avenue #362, Fort Lee, NJ 07024-3701 |
| 519326357 | + | Benjamin Bailly, 415 Plum Street, Edwardsville, IL 62025-2055 |
| 519344721 | + | Elizabeth McNama, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| 519326364 | + | Javen Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |
| 519326365 | + | Lancer Investments, LLC, 1556 Juno Isles Blvd, North Palm Beach, FL 33408-2415 |
| 519326366 | + | Laura Barnes-Cruz, 4974 Gami Way, Colorado Springs, CO 80911-3885 |
| 519326370 | + | Purr n Pooch, Inc., 80 Gilbert Street West, Red Bank, NJ 07701-4918 |
| 519326374 | + | Rachel Oliervio, 119 10th Street SW, Rugby, ND 58368-2409 |
| 519326376 | | Resurgent Capital Services, Care Of Resurgent Capital Serv, Greenville, SC 29602 |
| 519326377 | + | Ruth Cirrincione, 2958 Rockbridge Road, Marietta, GA 30066-3563 |
| 519326378 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519326382 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 519332402 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519326383 | + | The Alfred Vail Mutual Association, 17 Barker Avenue, Eatontown, NJ 07724-2901 |
| 519326384 | | The Alfred Vail Mutual Association, Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519326385 | + | Tiffani Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2022 21:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2022 21:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519326358 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 30 2022 21:48:16 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519326359 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 30 2022 21:48:36 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 519330489 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2022 21:48:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519353203 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2022 21:48:36 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519326361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 21:33:22 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519326360 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 21-17879-MBK   Doc 56   Filed 10/02/22   Entered 10/03/22 00:12:49   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: plncf13 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 30 2022 21:32:45 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519326362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 21:38:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519326363 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2022 21:38:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519459148 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2022 21:48:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519348828 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2022 21:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519326369 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2022 21:39:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519326368 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2022 21:39:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519457551 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2022 21:46:54 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519326371 | + | Email/Text: laura@redbanklaw.com | Sep 30 2022 21:38:00 | Purr n Pooch, Inc., c/o McKenna Dupont Higgins Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519351304 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2022 21:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519326372 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 30 2022 21:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519326373 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 30 2022 21:39:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519326375 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2022 21:48:18 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519338141 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2022 21:46:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519344720 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 30 2022 21:39:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519348647 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 30 2022 21:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519326968 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2022 21:32:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519326379 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2022 21:33:20 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519326380 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2022 21:33:20 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519326381 | | Email/Text: bankruptcy@td.com | Sep 30 2022 21:39:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519326367 | ##+ | Luke Bailly, 2129 Wagon Gap Trail, Monument, CO 80132-7178 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 30, 2022 | Form ID: plncf13 | Total Noticed: 46

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2022 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer M. Kurtz | on behalf of Creditor Alfred Vail Mutual Association jkurtz@cutolobarros.com eCourts@cutolobarros.com |
| Robert Cameron Legg | on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 6