| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LR 9004-2(c)<br><br>CUTOLO BARROS LLC<br>46-50 Throckmorton Street<br>Freehold, NJ 07728<br>(732) 414-1170<br>Jennifer M. Kurtz, Esq.<br>Attorneys for Alfred Vail Mutual Association |
| In re:<br><br>Maryellen McNama-Bailly ,<br><br>      Debtor. |

Order Filed on January 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 21-17879-MBK

Judge: Michael B. Kaplan, U.S.B.J.

Hearing: January 11, 2023  (9:00 am)

## ORDER GRANTING MOTION OF ALFRED VAIL MUTUAL ASSOCIATION TO WITHDRAW PROOF OF CLAIM #10

The Relief set forth on page 2 is hereby **ORDERED**.

**DATED: January 13, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

<u>Page 2</u>

| | |
|---|---|
| Debtor: | Maryellen McNama-Bailly |
| Case No.: | 21-17879-MBK |
| Caption of Order: | Order Granting Motion of Alfred Vail Mutual Association to Withdraw Proof of Claim #10 |

### ORDER GRANTING MOTION OF ALFRED VAIL MUTUAL ASSOCIATION TO WITHDRAW PROOF OF CLAIM #10

1. **ORDERED** that Alfred Vail Mutual Association (the "Association") is hereby granted leave to withdraw Proof of Claim #10.

2. **ORDERED** that Proof of Claim #10 is hereby withdrawn.