UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LR 9004-2(c)

CUTOLO BARROS LLC
46-50 Throckmorton Street
Freehold, NJ 07728
(732) 414-1170
Jennifer M. Kurtz, Esq.
Attorneys for Alfred Vail Mutual Association

Order Filed on January 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Maryellen McNama-Bailly,

         Debtor.

Chapter 13

Case No. 21-17879-MBK

Judge: Michael B. Kaplan, U.S.B.J.

Hearing: January 11, 2023 (9:00 am)

## ORDER GRANTING MOTION OF ALFRED VAIL MUTUAL ASSOCIATION TO WITHDRAW PROOF OF CLAIM #10

The Relief set forth on page 2 is hereby **ORDERED.**

**DATED: January 13, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Maryellen McNama-Bailly

Case No.: 21-17879-MBK

Caption of Order: Order Granting Motion of Alfred Vail Mutual Association to Withdraw Proof of Claim #10

## ORDER GRANTING MOTION OF ALFRED VAIL MUTUAL ASSOCIATION TO WITHDRAW PROOF OF CLAIM #10

1. **ORDERED** that Alfred Vail Mutual Association (the "Association") is hereby granted leave to withdraw Proof of Claim #10.

2. **ORDERED** that Proof of Claim #10 is hereby withdrawn.

United States Bankruptcy Court
District of New Jersey

In re:  
Maryellen McNama-Bailly  
    Debtor

Case No. 21-17879-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Jan 13, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maryellen McNama-Bailly, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer M. Kurtz | on behalf of Creditor Alfred Vail Mutual Association jkurtz@cutolobarros.com eCourts@cutolobarros.com |
| Robert Cameron Legg | on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5