UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Maryellen McNama-Bailly,

Debtor.

Case No.:        21-17879-MBK

Chapter:         13

Hearing Date:    02/08/2023

Judge:           Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion for Relief from Stay re: 104 E Boat Drive (Docket # 60)

_____

Date: 02/06/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*