| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Maryellen McNama–Bailly<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2025<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–17879–MBK | | |

# Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Maryellen McNama–Bailly

5/30/23    **By the court:** Michael B. Kaplan
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 21-17879-MBK
Maryellen McNama-Bailly                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                         Page 1 of 3
Date Rcvd: May 30, 2023                      Form ID: 3180W                      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryellen McNama-Bailly, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| cr | + | Alfred Vail Mutual Association, Cutolo Barros LLC, 46-50 Throckmortan Street, Freehold, NJ 07728-1973 |
| 519499351 | + | Alfred Vail Mutual Association, c/o Cutolo Barros LLC, 45-50 Throckmortan Street, Freehold, NJ 07728-1946 |
| 519326356 | + | Anderson D. Harkow, Esq., 96 Linwood Avenue #362, Fort Lee, NJ 07024-3701 |
| 519326357 | + | Benjamin Bailly, 415 Plum Street, Edwardsville, IL 62025-2055 |
| 519344721 | + | Elizabeth McNama, 125 Belshaw Avenue, Eatontown, NJ 07724-2934 |
| 519326364 | + | Javen Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |
| 519326365 | + | Lancer Investments, LLC, 1556 Juno Isles Blvd, North Palm Beach, FL 33408-2415 |
| 519326366 | + | Laura Barnes-Cruz, 4974 Gami Way, Colorado Springs, CO 80911-3885 |
| 519326370 | + | Purr n Pooch, Inc., 80 Gilbert Street West, Red Bank, NJ 07701-4918 |
| 519326374 | + | Rachel Oliervio, 119 10th Street SW, Rugby, ND 58368-2409 |
| 519326376 |   | Resurgent Capital Services, Care Of Resurgent Capital Serv, Greenville, SC 29602 |
| 519326377 | + | Ruth Cirrincione, 2958 Rockbridge Road, Marietta, GA 30066-3563 |
| 519326378 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519326382 |   | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 519326383 | + | The Alfred Vail Mutual Association, 17 Barker Avenue, Eatontown, NJ 07724-2901 |
| 519326384 |   | The Alfred Vail Mutual Association, Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519326385 | + | Tiffani Powers, 6805 S. Field Street, Apt. 201, Littleton, CO 80128-4097 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2023 22:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2023 22:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519326358 | + | EDI: CAPONEAUTO.COM | May 31 2023 02:35:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519326359 |   | EDI: CAPONEAUTO.COM | May 31 2023 02:35:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 519330489 | + | EDI: AISACG.COM | May 31 2023 02:35:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519353203 | + | EDI: AISACG.COM | May 31 2023 02:35:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519326361 | + | EDI: CITICORP.COM | May 31 2023 02:35:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 21-17879-MBK    Doc 70    Filed 06/01/23    Entered 06/02/23 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 519326360 | + | EDI: CITICORP.COM | May 31 2023 02:35:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519326362 | + | EDI: WFNNB.COM | May 31 2023 02:35:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519326363 | | EDI: IRS.COM | May 31 2023 02:35:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519459148 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2023 23:00:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519348828 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2023 22:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519326369 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2023 22:49:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519326368 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2023 22:49:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519457551 | | EDI: PRA.COM | May 31 2023 02:35:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519326371 | + | Email/Text: laura@redbanklaw.com | May 30 2023 22:48:00 | Purr n Pooch, Inc., c/o McKenna Dupont Higgins Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519351304 | | EDI: Q3G.COM | May 31 2023 02:35:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519326372 | + | Email/Text: bankruptcyteam@quickenloans.com | May 30 2023 22:49:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519326373 | + | Email/Text: bankruptcyteam@quickenloans.com | May 30 2023 22:49:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519326375 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2023 23:00:47 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519338141 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2023 23:00:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519344720 | + | Email/Text: bankruptcyteam@quickenloans.com | May 30 2023 22:49:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519348647 | + | Email/Text: bankruptcyteam@quickenloans.com | May 30 2023 22:49:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519326968 | + | EDI: RMSC.COM | May 31 2023 02:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519326379 | + | EDI: RMSC.COM | May 31 2023 02:35:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519326380 | + | EDI: RMSC.COM | May 31 2023 02:35:00 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519326381 | | EDI: TDBANKNORTH.COM | May 31 2023 02:35:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519332402 | ^ | MEBN | May 30 2023 22:42:09 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 3180W | Total Noticed: 46 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519326367 | ##+ | Luke Bailly, 2129 Wagon Gap Trail, Monument, CO 80132-7178 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer M. Kurtz | on behalf of Creditor Alfred Vail Mutual Association jkurtz@cutolobarros.com eCourts@cutolobarros.com |
| Robert Cameron Legg | on behalf of Debtor Maryellen McNama-Bailly courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6